KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIYA KARAYEVA,<br><br>        Plaintiff,<br><br>    v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director,<br><br>        Defendants. | No. C 06-2197 MJJ<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER**<br><br>AND ORDER |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which the Defendants must serve its answer in the above-entitled action. The extension is required because the parties are considering a possible resolution of the case.

On May 25, 2006, I spoke with Plaintiff's attorney by telephone, and she stated that she does not object to a 30-day extension for Defendants' answer.

Stip to Ext Time
C 06-2197 MJJ

Defendants respectfully request that the Court extend the due date for the answer until July 5, 2006.

Dated: May 25, 2006      Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 30, 2006      /s/
GERI N. KAHN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/13/2006

MARTIN J. JENKINS
United States District Judge

Stip to Ext Time
C 06-2197 MJJ