KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILIYA KARAYEVA,<br><br>    Plaintiff,<br><br>  v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director,<br><br>    Defendants. | No. C 06-2197 MJJ<br><br>**STIPULATION TO DISMISS; and [PROPOSED] ORDER** |

Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, ask that the Court vacate its July 31, 2006 Order to Show Cause and hereby stipulate, subject to the approval of the Court, that this action be dismissed without prejudice in light of the fact that Defendants have agreed to adjudicate Plaintiff's naturalization application within 30 days after approval of this stipulation by the Court.

Each party will bear their own costs and fees.

Stipulation to Dismiss
C 06-2197 MJJ

| | | |
|---|---|---|
| 1 | Dated: August 30, 2006 | /s/ |
| 2 | | ILA C. DEISS<br>Attorney for Defendants |
| 3 | | |
| 4 | Dated: August 30, 2006 | /s/<br>GERI N. KAHN |
| 5 | | MONICA KANE<br>Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/5/2006

_____
MARTIN J. JENKINS
United States District Judge

Stipulation to Dismiss
C 06-2197 MJJ